**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 21-6132**

───────────────

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

JEREMY ALEXANDER DOE,

          Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:08-cr-00072-BO-1)

───────────────

Submitted: April 22, 2021                   Decided: April 27, 2021

───────────────

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Jeremy Alexander Doe, Appellant Pro Se. David A. Bragdon, Assistant United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Alexander Doe appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Doe's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Doe seeks to appeal the district court's denial of his 28 U.S.C. § 2255 motion, his appeal is untimely. *See Bowles v. Russell*, 551 U.S. 205, 214 (2007) ("[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement."). To the extent Doe seeks to appeal his criminal judgment, his notice of appeal is duplicative of a prior appeal of the same judgment. *United States v. Doe*, 328 F. App'x 850 (4th Cir. 2009) (No. 08-5024).